# EXHIBIT A

```
                                                              Page 1

 1    SUPREME COURT:    ALL COUNTIES

 2                   WITHIN THE STATE OF NEW YORK

 3

 4

 5    IN RE:  NEW YORK CITY

 6             ASBESTOS LITIGATION

 7

 8

 9                              DEPOSITION

10                              UNDER ORAL

11                              EXAMINATION

12                                  OF

13                              JOHN BEREI

14

15

16    This Document Applies To:

17    JOHN BEREI

18

19

20

21

22

23

24

25
```

```
                                                    Page 95
 1      A.  Sometimes.
 2      Q.  Were you -- strike that.
 3          Were these people using pipe
 4   covering in your presence?
 5      A.  Yes.
 6      Q.  Was that the half circular
 7   type pipe wrap that went around pipes?
 8      A.  Yes.
 9      Q.  Did it have to be cut or
10   manipulated in your presence?
11      A.  Yes.  Very dusty.
12      Q.  And do you know the name,
13   trade name, or manufacturer of any
14   of the pipe covering that was
15   installed on the oil tanker in your
16   presence?
17      A.  Yes.
18      Q.  What manufacturers' names do
19   you recall?
20      A.  On the pipe covering.
21      Q.  I'm talking about the pipe
22   covering.  The insulation itself.
23      A.  Yes.
24      Q.  Does the name Johns-Manville
25   sound familiar to you?
```

```
                                                    Page 96
 1      A.   Yes.
 2      Q.   Are they one of the
 3   manufacturers of insulation on the
 4   ship?
 5      A.   Yes.
 6      Q.   What about UNARCO?   Did you
 7   ever see any pipe covering or cement
 8   from UNARCO?
 9      A.   I don't recall.
10      Q.   What about Owens Illinois?
11      A.   Yes.
12      Q.   What about Owens Corning?
13      A.   Yes.
14      Q.   What about Philip Carey?
15      A.   I don't recall.
16      Q.   Are there any other names of
17   manufacturers of the pipe covering
18   or insulation that you recall?
19      A.   On the pumps.  And the valves.
20      Q.   I'm talking about just the
21   insulation itself.
22           DEFENSE COUNSEL:  Move to strike
23        nonresponsive portion.
24   BY MR. BROMBERG:
25      Q.   All I'm asking you about is the
```

```
                                                       Page 124
 1       A.  Asbestos sheet.
 2   BY MR. BROMBERG:
 3       Q.  And did you have occasion to observe
 4   these gaskets?
 5       A.  Yes.  Many times.
 6       Q.  And any work on these gaskets
 7   would have been done by others.  Is that
 8   right?
 9       A.  Yes.
10       Q.  Do you know the trade name or
11   manufacturer's name of any of the gaskets
12   that you observed?
13       A.  Cranite.  Goodyear.
14       Q.  Do you ever recall seeing any
15   gaskets made by Garlock?
16       A.  Garlock.  Yes.
17       Q.  Were there any other products
18   that you believe contained asbestos
19   that you either worked with personally
20   or were used in your vicinity when
21   you were in the Navy at the naval
22   base, that we haven't already talked
23   about?
24       A.  Probably asbestos protection.
25   Sheaths.  Asbestos blanket.
```