# EXHIBIT B

```
                                                           Page 221

 1   SUPREME COURT:    ALL COUNTIES

 2                WITHIN THE STATE OF NEW YORK

 3

 4

 5    IN RE:  NEW YORK CITY

 6            ASBESTOS LITIGATION

 7

 8

 9                          DEPOSITION

10                          UNDER ORAL

11                          EXAMINATION

12                              OF

13                          JOHN BEREI

14

15

16    This Document Applies To:

17    JOHN BEREI

18

19          VOLUME II - Pages 221-442

20

21

22

23

24

25
```

Page 403

1   all over the ship there was miles and
2   miles of insulated piping.  Correct?
3      A.  Yes.
4      Q.  If you hit rough seas, would that
5   shake the ship?
6      A.  Yes.  Vibration.  It had twin
7   screws. It vibrated a lot.  If the seas
8   were rough, the screws came out of the
9   water.  And you'd be -- you'd be shaking.
10     Q.  And when the ship would vibrate
11  like that, whether the screws were turning
12  at full force, or if the ship was in rough
13  seas, or if the guns were firing, the
14  insulation on all that piping would shake
15  loose.  Is that correct?
16           MR. CHANDLER:  Objection.  Do you
17       know that?
18     A.  No.  I don't know that.
19  BY MR. MOHR:
20     Q.  You don't know that?  Okay.  How
21  about on any of the other equipment?
22  Did you not know whether any of the
23  insulation would shake loose either?
24     A.  I wouldn't know that.
25     Q.  Okay.  Specifically another one

1  of the pump manufacturers you had
2  mentioned was a manufacturer named
3  Buffalo.  Do you recall that testimony?
4     A.  Yes.
5     Q.  And I know a lot of these questions
6  are going to sound somewhat redundant.
7  But could you tell me a ship or location
8  where you observed a Buffalo pump?
9     A.  Probably in the shipyard.  Vallejo.
10    Q.  Okay.  So, not on the Chehalis?
11    A.  No.  I don't recall.
12    Q.  There's several ships that
13 you worked aboard in the shipyard.
14 Correct?
15    A.  Yes.
16    Q.  So, you wouldn't be able to
17 tell me which one, or ships that you
18 saw any Buffalo pumps?
19    A.  No.
20    Q.  Okay.  And I understand, sir,
21 that you're not a machinist mate.  Do
22 you ever recall observing any work
23 performed on a Buffalo pump?
24    A.  I don't recall that.
25    Q.  Okay.  And, again, you wouldn't