# EXHIBIT C

```
                                                              Page 443

 1          SUPREME COURT OF THE STATE OF NEW YORK
                      COUNTY OF NEW YORK
 2
                    Index No.:  190155-2012
 3
      IN RE:  NEW YORK CITY ASBESTOS LITIGATION
 4            JOHN BEREI
     _____
 5


 6                    D E P O S I T I O N


 7                          o f


 8                       JOHN BEREI


 9            taken on behalf of Defendants


10           (continued from May 18th, 2012)


11       DATE:          May 31st, 2012


12       TIME:          10:30 a.m. to 2:25 p.m.


13       PLACE:         Fairfield Inn & Suites
                        3060 U.S. Highway 19 North
14                      Holiday, Florida  34691


15       BEFORE:        Dawn A. Hillier, RPR, CRR, CLR
                        Notary Public - State of
16                      Florida, at Large


17


18


19


20


21


22


23


24


25
```

Page 501

1   all the repairs.  They'd have to get your bag of
2   asbestos.  It was powder.  It was more dust flying
3   around.  Mix it with water and then trowel it on and
4   then cover the entire unit to seal it.
5       Q   And do you -- did you come in contact with
6   the asbestos cement that was placed on the outside
7   of the pumps?
8       A   Many, many times.  Too many times.
9           ALL DEFENSE COUNSEL:  Objection to form.
10          THE WITNESS:  Everywhere you went.
11      Whether it was on the ship, whether it was in
12      the shipyard, in San Diego, Vallejo.  It was
13      everywhere you went.  If I wasn't working with
14      it, I was in the area.  I was already exposed,
15      exposed.
16   BY MR. CHANDLER:
17      Q   And do you recall the names of any of the
18   pumps on which that work that you previously
19   described was performed, in your presence?
20      A   You've got to give me a specific time.
21      Q   Just off the top of your head.  What do
22   you remember?
23      A   Gould, Warren, I don't know.  There a few
24   of them.  I don't know.  I don't remember.  Gould,
25   Warren.

Page 502

1  Q   Would they have been the same
2  manufacturers that you identified at your last
3  deposition?
4      A   Yes.
5           ALL DEFENSE COUNSEL:  Objection, leading.
6           THE WITNESS:  Yes.  I remember mentioning
7  them.  I don't remember which one.
8  BY MR. CHANDLER:
9      Q   Would the names be any different from
10 your -- from what you previously testified to at
11 your last deposition?
12     A   No.  No.  The ones I remember.  Because I
13 saw them often enough.  The names were everywhere.
14 Everywhere you went, you were exposed to it.
15     Q   At your last deposition, you identified --
16 in addition to Goulds and Warren, you identified
17 Aurora.  Do you --
18          ALL DEFENSE COUNSEL:  Objection.
19     Objection, leading.
20          THE WITNESS:  Oh, yeah.  DeLaval, DeLaval,
21     the Frenchy.
22 BY MR. CHANDLER:
23     Q   How about Gardner Denver, do you recall
24 that?
25          ALL DEFENSE COUNSEL:  Objection.

Page 503

1          THE WITNESS:  Gardner Denver.  Yes, I do.
2          MR. CHANDLER:  Do you recall Ingersoll
3     Rand?
4          ALL DEFENSE COUNSEL:  Objection.
5          THE WITNESS:  Ingersoll Rand.
6     BY MR. CHANDLER:
7     Q    Do you recall Northern?
8          ALL DEFENSE COUNSEL:  Objection.
9          THE WITNESS:  Northern Pumps.  Western.
10    Western.
11    BY MR. CHANDLER:
12    Q    Do you recall Chicago pumps?
13         ALL DEFENSE COUNSEL:  Objection.
14         MR. CHANDLER:  Chicago.
15    BY MR. CHANDLER:
16    Q    Do you recall Byron Jackson pumps?
17         ALL DEFENSE COUNSEL:  Objection.
18         MR. CHANDLER:  Byron Jackson.
19    BY MR. CHANDLER:
20    Q    And do you recall Buffalo pumps?
21         ALL DEFENSE COUNSEL:  Objection, leading.
22         THE WITNESS:  Buffalo.  Chicago, Buffalo
23    pumps.
24    BY MR. CHANDLER:
25    Q    So essentially, the pumps that you

1   identified at your last two days of testimony, those
2   pumps, you recall seeing the work done in the manner
3   you just previously described?
4           ALL DEFENSE COUNSEL:  Objection, form,
5       misstates prior testimony.
6           THE WITNESS:  Yes.
7   BY MR. CHANDLER:
8       Q   Okay.  Do you recall seeing work performed
9   on valves in your presence on those ships?
10      A   Many times.  Numerous amount of times.
11      Q   Okay.  What type of work do you recall
12  seeing performed on valves?
13      A   Valves?  What type?  The same.  The same
14  type work was done on the valves, on the pumps, on
15  the turbines, on generators.  It was all the same
16  process.
17      Q   Okay.  So I'm not going to be repetitious
18  like a lot of other lawyers that have been asking
19  you questions throughout your deposition.  Is it
20  basically the same work that was performed with the
21  asbestos cement, the asbestos gaskets, the asbestos
22  packaging?
23      A   Yes.  I'm sorry.
24      Q   Okay.  Is that correct?
25      A   No change.  It was always done exactly the