IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| BEREI | : : | |
| v. | : | E.D. Pa Case No. 12-60166 |
| VARIOUS DEFENDANTS | : : | |

FILED
OCT 31 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

**AND NOW**, this **31st** day of **October, 2013**, the Court having been informed by Plaintiff's counsel that Plaintiff wishes to dismiss certain defendants, it is hereby **ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff's claims against the Defendants listed in Exhibit "A," attached are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

_____
**Eduardo C. Robreno, J.**

EXHIBIT A

AERCO International, Inc.
Bell & Gossett Company
BMCE Inc., f/k/a United Centrifugal Pump
Cleaver Brooks Company, Inc.
Empire-Ace Insulation Mfg. Corp.
Grinnell LLC
Kennedy Valve Manufacturing Co., Inc.
U.S. Rubber Company (UNIROYAL)